Form 332 332.jsp

# UNITED STATES BANKRUPTCY COURT
District of Rhode Island

Chapter: 7     Case No.:  1:13−bk−11740
Judge:  Diane Finkle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Maureen M. Devine
51 Allen Drive
East Greenwich, RI 02818

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND
## APPROVAL OF BLANKET BOND

1. The following interim Trustee is hereby appointed, and the Trustee's standing bond is fixed under the general blanket bond heretofore approved.

Joseph M. DiOrio
Law Office of Joseph M. DiOrio, Inc.
144 Westminster Street
Suite 302
Providence, RI 02903

2. If the Trustee rejects this selection, the Trustee must notify the Court and the U.S. Trustee within five (5) days of receipt of this notice.  Otherwise, the Trustee will be deemed to have accepted the office of trustee.

Dated: 7/2/13

United States Trustee

---

REJECTION

I, Joseph M. DiOrio , hereby REJECT appointment as Trustee.
Dated: _7/3/13_

Joseph M. DiOrio

NOTE: If rejected, file with the Court.